IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH ULMAN
1345 Park Street
Clearwater, FL 33756

    Plaintiff,

v.  :  Case No.:

SAGRES CONSTRUCTION
CORPORATION
5420 Oakwood Road
Alexandria, VA 22310

    Defendant.

## NOTICE OF REMOVAL

Defendant SAGRES CONSTRUCTION CORPORATION. ("Sagres Construction"), by and through counsel, hereby gives notice of removal of the above action from the Superior Court of the District of Columbia ("Civil Division"), to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to Section 28 U.S.C. § 1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Superior Court and in this Notice of Removal.

In support of this Notice of Removal, Sagres Construction states as follows:

1. There is pending in the Superior Court, District of Columbia styled ELIZABETH ULMAN v. SAGRES CONSTRUCTION CORPORATION, Case No. 2015 CA 006834 V (the "State Court Action"). The Complaint in the State Court Action was filed on or about November 23, 2015. A copy of the Complaint is attached hereto as **Exhibit A**.

2. Sagres Construction, the removing party herein, is the only defendant named in the State Court Action.

3. Prior to service of the Complaint, the following orders and motions were filed:

   a. Initial Order and Addendum (**Exhibit B**)

   b. Plaintiff's Motion to Extend Time to File Proof of Service (**Exhibit C**)

   c. Order Granting Plaintiff's Motion to Extend Time to File Proof of Service (**Exhibit D**)

   d. Summons (**Exhibit E**)

4. Sagres Construction was served with a copy of the Complaint in the State Court Action on November 25, 2015.

5. Sagres Construction filed its Answer on or about the 15th day of December in the Superior Court for the District of Columbia, but no further proceedings have been had in the State Court Action. A copy of the responsive pleading is attached as **Exhibit F**.

6. This Notice of Removal is filed within thirty days of the date upon which Sagres Construction first received a copy of the Complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b).

7. The State Court Action is properly removed under 28 U.S.C. § 1441(a), because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as explained below.

8. Sagres Construction is informed and believes that plaintiff, Elizabeth Ulman, is a resident and citizen of the State of Florida. See ¶1 of Plaintiff's Complaint (Exhibit A).

9. Defendant Sagres Construction is incorporated under the laws of the State of Virginia with its principal place of business in Lorton, Virginia.

10. Plaintiff's Complaint seeks damages from Sagres Construction in an amount in excess of $75,000.

11. This action is properly removed on grounds of diversity jurisdiction because (a) complete diversity of citizenship exists between Plaintiff Elizabeth Ulman and Defendant Sagres Construction, and (b) the amount in controversy herein exceeds the sum or value of $75,000, exclusive of interest and costs.

12. Written notice of the filing of this Notice of Removal will promptly be given to plaintiff and the Clerk of the Superior Court of the District of Columbia, Civil Division, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant SAGRES CONSTRUCTION CORPORATION. respectfully requests that this case proceed before this Court as an action properly removed.

          /s/ Rachel L Stewart
Rachel L. Stewart, Esq. #1015678
KALBAUGH, PFUND & MESSERSMITH, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3331 (fax)
Rachel.Stewart@kpmlaw.com

*Attorney for Sagres Construction Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, this 23rd day of December, 2015, to

Alan J. Lander, Esq. #973604
8401 Corporate Drive, Suite 620
Landover, MD 20785
*Counsel for Plaintiff*

And through the Superior Court of the District of Columbia's electronic filing service on the 23rd day of December, 2015 to:

James D. Ginley, Clerk
Superior Court of the District of Columbia, Civil Division
500 Indiana Avenue, NW
Room JM-170
Washington, D.C. 20001

/s/ Rachel L Stewart
Rachel L. Stewart, Esq. #1015678
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3331 (fax)
Rachel.Stewart@kpmlaw.com

*Attorney for Sagres Construction Corp.*